IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CITY OF MOUNTAIN PARK, GEORGIA ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | FILE NO. 1:05-CV-2775-CAP |
| ) | |
| v. ) | |
| ) | |
| LAKESIDE AT ANSLEY, LLC, ET AL. ) | |
| ) | |
| Defendants. ) | |

## CRABAPPLE DEVELOPMENT & INVESTMENT CORPORATION'S JOINDER AND ADOPTION OF THE CO-DEFENDANTS' CHARGES AND INSTRUCTIONS TO THE JURY

Crabapple Development & Investment Corporation respectfully joins in and adopts by reference the charges and instructions to the jury filed by Defendants Lakeside at Ansley, LLC, Chatham Holdings, Corp., Peachtree Residential Properties, Inc. and Day Investments, II, LLC.

Respectfully submitted this 6TH day of June 2010.

**WEINSTOCK & SCAVO, P.C.**

By: /s/Michael S. Love
Richard J. Capriola
Georgia Bar No. 108880
Michael S. Love
Georgia Bar No. 141973
Attorneys for Defendant

3405 Piedmont Road, N.E., Suite 300
Atlanta, Georgia 30305
(404) 231-3999
(404) 231-1618 (facsimile)

# CERTIFICATION UNDER L.R. 7.1D

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel for Defendant hereby certifies that the above and foregoing pleading is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1B.

So certified this 6th day of June, 2010.

**WEINSTOCK & SCAVO, P.C.**

By: /s/Michael S. Love
Richard J. Capriola
Georgia Bar No. 108880
Michael S. Love
Georgia Bar No. 141973
Attorneys for Defendant

3405 Piedmont Road, N.E.
Suite 300
Atlanta, Georgia 30305
(404) 231-3999

# CERTIFICATION OF SERVICE

I hereby certify that I have this day served a true and correct copy of the above and foregoing **Crabapple Development & Investment Corporation's Joinder in Charges and Instructions to Jury** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

**Counsel for City of Mountain Park**
Martin A. Shelton, Esq.
Holly P. Cole, Esq.
Schulten Ward & Turner
260 Peachtree St., NW
Ste. 2700
Atlanta, GA 30303

**Counsel for Peachtree Residential Properties, Inc.**
Patrick B. Moore, Esq.
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
950 East Paces Ferry Road, Ste. 3000
Atlanta, GA 30326

**Counsel for Day Investments II, LLC**
Jennifer Cooper, Esq.
Baker Donnellson
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326

**Counsel for Lakeside at Ansley, LLC and Chatham Holdings Corp.**
Ed Preston
Coleman Talley, et al.
P. O. Box 5437
Valdosta, GA 31603-5437

This 6th day of June, 2010.

                    **WEINSTOCK & SCAVO, P.C.**

By: /s/Michael S. Love
     Richard J. Capriola
     Georgia Bar No. 108880
     Michael S. Love
     Georgia Bar No. 141973
     Attorneys for Defendant

3405 Piedmont Road, N.E.
Suite 300
Atlanta, Georgia 30305
(404) 231-3999