# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:05-cv-02775-CAP
## City of Mountain Park, Georgia v. Lakeside At Ansley, LLC et al
## Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 10/25/2010.

| | |
|---|---|
| TIME COURT COMMENCED: 9:50 A.M.<br>TIME COURT CONCLUDED: 5:00 P.M.<br>TIME IN COURT: 5:00 | COURT REPORTER: Martha Frutchey<br>DEPUTY CLERK: Y. Martin |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Holly Cole representing City of Mountain Park, Georgia<br>Shubhra Mashelkar representing Peachtree Residential Properties, Inc.<br>Patrick Moore representing Peachtree Residential Properties, Inc.<br>Jennifer Pennington representing City of Mountain Park, Georgia<br>Edward Preston representing Chatham Holdings Corporation<br>Edward Preston representing Lakeside At Ansley, LLC<br>Martin Shelton representing City of Mountain Park, Georgia<br>Timothy Tanner representing Chatham Holdings Corporation<br>Timothy Tanner representing Lakeside At Ansley, LLC<br>Kevin Ward representing City of Mountain Park, Georgia |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Charge conference held. Closing arguments by counsel. Jury deliberations began. Pls's exh 966(a) chart and dfts 574(a) & 574(b) charts went out to jury. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 a.m.. Jurors excused until the above time under the usual caution of the Court. |