# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:05-cv-02775-CAP
## City of Mountain Park, Georgia v. Lakeside At Ansley, LLC et al
## Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 10/26/2010.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 4:53 P.M.
TIME IN COURT: 1:15
COURT REPORTER: Martha Frutchey
DEPUTY CLERK: Y. Martin

ATTORNEY(S) PRESENT:
Holly Cole representing City of Mountain Park, Georgia
Jennifer Cooper representing Day Investments II, LLC
Shubhra Mashelkar representing Peachtree Residential Properties, Inc.
Patrick Moore representing Peachtree Residential Properties, Inc.
Jennifer Pennington representing City of Mountain Park, Georgia
Edward Preston representing Chatham Holdings Corporation
Edward Preston representing Lakeside At Ansley, LLC
Martin Shelton representing City of Mountain Park, Georgia
Adam Sowatzka representing Day Investments II, LLC
Timothy Tanner representing Chatham Holdings Corporation
Timothy Tanner representing Lakeside At Ansley, LLC
Kevin Ward representing City of Mountain Park, Georgia

PROCEEDING CATEGORY: Jury Trial Continued;

MINUTE TEXT: Jury deliberations resumed. 2 jury notes filed.

HEARING STATUS: Hearing not concluded. Court adjourned and will reconvene at 9:00 a.m.. Jurors excused until the above time under the usual caution of the Court.